FILED
ASHEVILLE, N.C.

DEC 11 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA )    DOCKET NO. 1:07CR 123
                         )
        vs.              )
                         )    **ORDER TO SEAL**
1) JACK WILLIS SHEPHERD,  )
      also known as Jackie Shepherd )
2) HAROLD DENVER SHEPHERD )
3) JACKIE DWAYNE JENKINS II )
4) JOSEPH WAYNE VINESETT  )
5) KEITH COMER            )
6) KERRY LEE COMER        )
7) WESTERN AMUSEMENT, INC. )

        Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill

of Indictment be sealed until the defendants have been arrested.

        This the 11th day of December, 2007.

                        _____
                        DENNIS L. HOWELL
                        UNITED STATES MAGISTRATE JUDGE