UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED**
**ASHEVILLE, N.C.**
**DEC 13 2007**
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1) JACK WILLIS SHEPHERD, )<br>    also known as Jackie Shepherd )<br>2) HAROLD DENVER SHEPHERD )<br>3) JACKIE DWAYNE JENKINS II )<br>4) JOSEPH WAYNE VINESETT )<br>5) KEITH COMER )<br>6) KERRY LEE COMER )<br>7) WESTERN AMUSEMENT, INC. ) | DOCKET NO. 1:07CR123<br><br>**MOTION TO UNSEAL** |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, and requests this Court to order that the above referenced indictment be unsealed as to Jack Willis Shepherd and Western Amusement, Inc. only.

This the 13 day of December, 2007.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

RICHARD L. EDWARDS
ASSISTANT UNITED STATES ATTORNEY