UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

DEC 13 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:07CR123 |
| v. | **ORDER TO UNSEAL** |
| 1) JACK WILLIS SHEPHERD, also known as Jackie Shepherd | |
| 2) HAROLD DENVER SHEPHERD | |
| 3) JACKIE DWAYNE JENKINS II | |
| 4) JOSEPH WAYNE VINESETT | |
| 5) KEITH COMER | |
| 6) KERRY LEE COMER | |
| 7) WESTERN AMUSEMENT, INC. | |

THIS MATTER is before the Court on motion of the Government to unseal Jack Willis Shepherd and Western Amusement, Inc. only in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the file of Jack Willis Shepherd and Western Amusement, Inc. only in this criminal action is hereby UNSEALED.

This the 13th day of December, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE